**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTI T. MORRELL,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:19-cv-00765-JCM-BNW<br><br>FIRST STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY (30) calendar day extension of time, to file the **MOTION FOR REMAND**, up to and including March 22, 2020.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is February 21, 2020.

Plaintiff's counsel, for unknown reasons, did not receive the Administrative Record on the disc and will request Defendant mail another copy to Plaintiff.  Plaintiff apologizes for not realizing the unreceived disc sooner.

Via e-mail on February 19, 2020 at 5:20 pm, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and March 22, 2020.

DATED this 21ˢᵗ day of February, 2020.

/s/ *Joshua R. Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
E-Mail: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 21ˢᵗ day of February, 2020.

/s/ *Allison J. Cheung*
**ALLISON J. CHEUNG, CSBN 244651**
Special Assistant United States Attorney 160 Spear Street, Suite 800 San Francisco, California 94105
Ph: (415) 977-8942
Fax: (415) 744-0134
E-Mail: allison.cheung@ssa.gov
Attorneys for Defendant

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 2/25/2020