NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTI T. MORRELL,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 2:19-cv-00765-JCM-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

　　　Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and Remand (Dkt. No. 15, filed on March 23, 2020), currently due on April 22, 2020, by 30 days, through and including May 22, 2020. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 11) be extended accordingly.

　　　This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload as described below. Since Plaintiff's motion was filed on March 23, 2020, Defendant's counsel has worked on approximately 18 district court cases, as well as a Ninth Circuit appeal. Counsel is also responsible for other substantive non-litigation matters in the

Office of General Counsel. The Office of General Counsel also currently has a number of attorneys out on leave of absence, in addition to staff attrition, which has increased the undersigned's workload at a time when the office is under a hiring freeze.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On April 14, 2020, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including May 22, 2020.

Dated: April 14, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2020.

2